UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WANDA G. NUNN,** | ] | |
| | ] | |
| Plaintiff(s), | ] | |
| | ] | |
| vs. | ] | CV-99-N-853-S |
| | ] | |
| **FACILITIES MANAGEMENT,** | ] | |
| | ] | |
| Defendant(s). | ] | |

FILED 99 SEP 24 PM 2:41 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED SEP 24 1999

### Findings and Conclusions

This cause coming on to be heard on the written application of plaintiff, supported by certificate for judgment by default in favor of plaintiff and against defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings and conclusions:

1. The summons and complaint were served upon defendant via certified mail on April 13, 1999. Defendant has failed to appear, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor served in the military service of the United States since the filing of this suit nor for a period of six months prior to such filing.

3. After conducting an evidentiary hearing to determine the amount of damages on September, 23, 1999, the court finds that defendant is indebted to plaintiff in the sum of $18,040.00, plus $10,000.00 attorneys' fees, court costs, and interest at the rate in effect from date judgment is entered. A judgment will enter accordingly.

Done, this __23rd__ of September, 1999.

                                              EDWIN L. NELSON
                                     UNITED STATES DISTRICT JUDGE